## Pratt's Appeal.[1]

Notice of a claim for "labor and services performed as clerk and foreman of works at," etc., naming the place, is insufficient to create a lien under the acts giving liens for moneys due for labor of mechanics, clerks, etc.

(Decided October 5, 1885.)

Appeal from a decree of the Common Pleas of Franklin County.  Affirmed.

The facts appear in the opinion.

*T. M. Mahan* for appellant.

*O. C. Bowers* for appellee.

PER CURIAM:

This was an appeal by Lewis and Pratt; but on an intimation that a joint appeal would not lie for several claims, the counsel for the appellants took a *non pros* as to Lewis, and proceeded as to Pratt only.  His claim is for "labor and services performed as clerk and foreman of works at tunnel."  It is clear, under the authorities, that such a claim was not covered by the statute of 1872, nor that of 1883.  McMillen v. First Nat. Bank, 1 W. N. C. 55; Allison v. Johnson, 92 Pa. 314.

Decree affirmed and appeal dismissed at the costs of the appellant.